UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN CONSOLIDATED INDUSTRIES, INC., *et al.*, | ) ) ) | Case No. 1:19-cv-137 |
| Plaintiffs, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Thomas M. Parker |
| CHAD BLASINGIM, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| MONARCH STEEL COMPANY, INC., | ) ) ) | Case No. 5:17-cv-2253 |
| Plaintiff, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | |
| JAMES MCCRACKEN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On June 10, 2024 the Special Master filed a report recommending a plan to protect certain information contained in exhibits that accompany Defendant's motion for summary judgment. (*Blasingim* ECF No. 288; *McCracken* ECF No. 139.) The report includes recommendations to unseal six exhibits, permanently seal five exhibits, and redact sensitive information contained in numerous others. Previously, the Court provisionally allowed the filing of those exhibits under seal. (*Blasingim* ECF Nos. 264 & 287; *McCracken* ECF Nos. 132 & 138.) The time to object to the Special Master's recommendation has now passed, and no party has objected.

1

The Court finds that the parties' interest in protecting the confidential and proprietary information and the alleged trade secrets contained in the proposed sealed and redacted exhibits outweighs any public interest in access to that information. Therefore, the Court **ADOPTS** the Special Master's recommendations, and **ORDERS** that action be taken to carry out those recommendations forthwith, and no later than July 15, 2024. Specifically, the parties shall file redacted versions of the exhibits as recommended and provide to the Court a list of the documents for unsealing by ECF number, which the Court will then direct the Clerk to unseal.

**SO ORDERED.**

Dated: July 3, 2024

                                                                J. Philip Calabrese
                                                                United States District Judge
                                                                Northern District of Ohio